# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIE HAMMER; AND GONZALO GALINDO,

Appellants,

vs.

MARY JOHANNA RASMUSSEN, A/K/A MURPHY JO RASMUSSEN,

Respondent.

No. 70647

**FILED**

AUG 09 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an "Order from December 6, 2012," entered May 18, 2016, directing the parties to submit information required in NRS 125B.055 and NRS 125B.230 to the court and the Welfare Division of the Department of Human Resources; an order entered May 10, 2016, from a February 3, 2014, minute order confirming the contents of a JAVS video of a hearing and clarifying findings in an order entered October 17, 2013; and a June 27, 2016, order appointing a special master/parenting coordinator. Eighth Judicial District Court, Family Court Division, Clark County; Frank P. Sullivan, Judge; Eighth Judicial District Court, Family Court Division, Clark County; Bill Henderson, Judge; Eighth Judicial District Court, Clark County; Gayle Nathan, Judge; Eighth Judicial District Court, Family Court Division, Clark County; Lisa M. Brown, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, it appears that the judgments or orders designated in the notice of appeal are not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court

16-24679

rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statutes or court rules provide for an appeal from an order directing parties to submit information required in NRS 125B.055 and NRS 125B.230; an order confirming the contents of a JAVS video of a hearing and clarifying findings; or an order appointing a special master/parenting coordinator. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Lisa M. Brown, District Judge, Family Court Division
Hon. Gayle Nathan, District Judge
Hon. Frank P. Sullivan, District Judge, Family Court Division
Hon. Bill Henderson, District Judge, Family Court Division
Gonzalo Galindo
Julie Hammer
Black & LoBello
Eighth District Court Clerk